**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter  **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Episode Solutions, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0703104** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **102 Woodmont Blvd, Suite 350** <br> **Nashville, TN 37205** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | When | Case number |
|---|---|---|---|
| | **TNMB** | **9/05/25** | **25-03724** |
| | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1,
attach a separate list
       Debtor _____      Relationship _____
       District _____   When _____    Case number, if known _____

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Case 3:25-bk-04373   Doc 1   Filed 10/20/25   Entered 10/20/25 16:56:36   Desc Main
Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**               page 3
Document    Page 3 of 19

| Debtor | **Episode Solutions, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 20, 2025**
               MM / DD / YYYY

**X** **/s/ Gary Murphey**                          **Gary Murphey**
     Signature of authorized representative of debtor              Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Tyler N. Layne**                   Date   **October 20, 2025**
     Signature of attorney for debtor                        MM / DD / YYYY

**Tyler N. Layne 033401**
Printed name

**Holland & Knight LLP**
Firm name

**511 Union St**
**Suite 2700**
**Nashville, TN 37219**
Number, Street, City, State & ZIP Code

Contact phone   **615-244-6380**      Email address   **tyler.layne@hklaw.com**

**033401 TN**
Bar number and State

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

Docusign Envelope ID: FCCA82A6-2A68-4854-9F80-4443ADFC075C

## WRITTEN CONSENT ACTION
## OF THE BOARD OF DIRECTORS

## OCTOBER 19, 2025

Pursuant to the provisions of the Tennessee Revised Limited Liability Company Act, Tennessee Code Annotated §§ 48-249-101, *et seq*. and the Second Amended and Restated Operating Agreement, as amended (the "Operating Agreement"), of Episode Solutions, LLC, a Tennessee limited liability company (the "Company"), the following resolutions are hereby adopted, ratified and approved by consent of the undersigned, being the Board of Directors (the "Board") of the Company. Capitalized terms not defined herein shall be as defined in the Operating Agreement.

### Chapter 7 Filing of the Company

**WHEREAS**, on September 5, 2025, an involuntary Chapter 7 bankruptcy petition (the "Involuntary Petition") was filed against the Company in the United States Bankruptcy Court for the Middle District of Tennessee (the "Bankruptcy Court");

**WHEREAS**, the Board has discussed the Involuntary Petition with the Company's Chief Restructuring Officer and legal advisors; and

**WHEREAS**, the Board has determined that, in light of the Company's financial situation and the Involuntary Petition, it is in the best interests of all stakeholders for the Company to file a voluntary Chapter 7 bankruptcy petition (the "Voluntary Petition").

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company and its stakeholders, that the Company shall be, and hereby is, in all respects authorized to file, or cause to be filed, the Voluntary Petition for the Company in the Bankruptcy Court; and, in accordance with the requirements of the Company's governing documents and applicable law, hereby consents to, authorizes, and approves, the filing of the Voluntary Petition; and

**FURTHER RESOLVED**, that the dissolution of the Company shall occur at such later time as approved by the Board following the collection of all accounts receivable of the Company and upon conclusion of the wind-down process;

**FURTHER RESOLVED**, that Gary Murphey, the Chief Restructuring Officer of the Company (the "Authorized Person") shall be, and hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that the Authorized Person deem necessary or proper to obtain such relief, including, but not limited to, any action necessary or proper to execute and verify the Voluntary Petition and to commence a Chapter 7 case in the Bankruptcy Court;

### General Resolutions

**BE IT RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered and directed on behalf of the Company to execute and deliver any documents necessary to effectuate the foregoing;

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered and directed to take all actions necessary to carry out the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board.

*[Signatures on following page]*

Docusign Envelope ID: FCCA82A6-2A68-4854-9F80-4443ADFC075C

**IN WITNESS WHEREOF**, the undersigned executes this Written Consent of the Board of Directors (this "*Action by Written Consent*") for the purposes of evidencing its (i) consent to the taking of the foregoing actions without a meeting, (ii) waiver of any required notice of any such meeting, and (iii) affirmative vote in favor of the taking of the foregoing actions effective as of the date first written above.

**Board of Directors:**

DocuSigned by:

TRIGG MCCLELLAN

E0000E24A2844FB...

Robert Trigg McClellan

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Episode Solutions, LLC**      Case No. _____

                               Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 20, 2025** _____        **/s/ Gary Murphey** _____

                                               **Gary Murphey**/**Chief Restructuring Officer**
                                               Signer/Title

EPISODE SOLUTIONS, LLC
102 WOODMONT BLVD, SUITE 350
NASHVILLE TN 37205

TYLER N. LAYNE
HOLLAND & KNIGHT LLP
511 UNION ST
SUITE 2700
NASHVILLE, TN 37219

360 ADVANCED, INC.
200 CENTRAL AVENUE SUITE 2100
ST PETERSBURG FL 33771

86BORDERS
200 GALLERIA PARKWAY
STE 1475
ATLANTA GA 30339

ABAY NEUROSCIENCE CENTER LLC
3223 N WEBB RD
1
WICHITA KS 67226

ADAM GOODE
2209 MAPLE GROVE LN
NASHVILLE TN 37211

ADAMS AND REESE LLP
701 POYDRAS STREET
STE 4500
NEW ORLEANS LA 70139

ADVANCED ORTHOPAEDIC ASSOCIATES PA
2778 N. WEBB RD
WITCHITA KS 67226

ALABAMA ORTHOPAEDIC CLINIC, PC
3610 SPRINGHILL MEMORIAL DR. N
MOBILE AL 36608

ALPHA AND OMEGA COMPUTER CONSULTANT INC
PO BOX 2369
LEBANON TN 37088

ALSTON & BIRD LLP
1201 W PEACHTREE ST
ATLANTA GA 30309

AOSM SPINE SERVICES, PLLC
11800 FM 1960 RD W
HOUSTON TX 77065-3840

APPALACHIAN ORTHOPAEDIC ASSOCIATES, P.C.
4105 FT., HENRY DR.
STE 300
KINGSPORT TN 37663

APX NET, INC
2 SCHOOL STREET
STE 2
BERWICK ME 03901

ARKANSAS SPECIALTY CARE CENTERS, PA
800 FAIR PARK BLVD
ATTN CFO
LITTLE ROCK AR 72204

ATLANTIC DATA SECURITY
PO BOX 380848
EAST HARTFORD CT 06138

AXIS MEDICAL TECHNOLOGIES, LLC
4660 LA JOLLA VILLAGE, SUITE 100
SAN DIEGO CA 92122

AZALEA ORTHOPEDIC & SPORTS MEDICINE CLIN
3414 GOLDEN ROAD
TYLER TX 75701

BIENVILLE ORTHOPAEDIC SPECIALISTS, LLC
6300 EAST LAKE BLVD
STE 301
VANCLEAVE MS 39565

BILL BUTLER
1629 MAIN ST
REDWOOD CITY CA 94063

BRIGHTSTAR LEADERSHIP CONSULTING
2071 OAK GROVE RD
ATLANTA GA 30345

BUFFKIN & ASSOCIATES, LLC
10 CADILLAC DRIVE
STE 190
BRENTWOOD TN 37027

CAPITAL ALPHA PARTNERS
600 PENNSYLVANIA AVE SE-SUITE 220
WASHINGTON DC 20003

CDW LLC
230 N MILAUKEE AVE.
VERNON HILLS IL 60061

CENTERS FOR ADVANCED ORTHOPAEDICS LLC
6707 DEMOCRACY BLVD.
STE 504
BETHESDA MD 20817

CHATTANOOGA ORTHOPAEDIC GROUP, PC
2415 MCCALLIE AVE
0
CHATTANOOGA TN 37404

CHRIS REDLICH
1304 CHICKERING ROAD
0
NASHVILLE TN 37215

CHRISTOPHER BROWN
145 NIETO AVE
0
LONG BEACH CA 90803

CODY SMITH
7 SUNSET DRIVE
0
ENGLEWOOD CO 80113

CONCORD ORTHOPAEDICS PROFESSIONAL ASSOCI
264 PLEASANT STREET
0
CONCORD NH 03301-7500

CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
0
WILMINGTON DE 19808

CURRENT DEVELOPMENT LLC
400 MAIN ST.
STE 210
FRANKLIN TN 37064

CY-FAIR BONE & JOINT LLP
11800 FM 1960 W
0
HOUSTON TX 77065

CYBER GUARDS USA
1661 INTERNATIONAL DR
0
MEMPHIS TN 38120

DAVID TAUNTON
165 DOVE CREEK RD
0
ARGYLE TX 76226

DELL FINANCIAL SERVICES, LLC
ONE DELL WAY
0
ROUND ROCK TX 78682

DESERT ORTHOPAEDIC CENTER, LTD.
2800 E. DESERT INN ROAD
STE 100
LAS VEGAS NV 89121

DILLIN FAMILY TRUST
6723 BROOKSHIRE DR
0
DALLAS TX 75230

FONDREN ORTHOPEDIC GROUP L.L.P.
7401 MAIN STREET
0
HOUSTON TX 77030

FRAZIER & DEETER, LLC
1230 PEACHTREE ST NE
STE 1500
ATLANTA GA 30309

FREDERIKSON & BYRON, PA
200 SOUTH SIXTH STREET
STE 4000
MINNEAPOLIS MN 55402

HERBERT FRITCH
57 BROOKHILL CIRCLE
0
NASHVILLE TN 37215

HOLLAND & KNIGHT
P.O. BOX 936937
0
ATLANTA GA 31193-6937

INTELLIGENT OFFICE NASHVILLE
315 DEADERICK ST
STE 1550
NASHVILLE TN 37238

INTEROPERABILITY BIDO, INC
100 HIGH STREET
STE 1560
BOSTON MA 02110

INTRALINKS, INC
685 THIRD AVE, 9TH FLOOR
0
NEW YORK NY 10017

JAMES PHILLIPS
3537 LAKESHORE DR
0
KINGSPORT TN 37663

K&L GATES LLP
210 SIXTH AVENUE
0
PITTSBURGH PA 15222

MA FINANCIAL GROUP
3 WEST MAIN STREET, SUITE 301
0
IRVINGTON NY 10533

MACON ORTHOPAEDIC AND HAND CENTER, P.A.
3708 NORTHSIDE DRIVE
0
MACON GA 31210

MATITYAHU FAMILY TRUST 7/22/04
191 PINE LANE
0
LOS ALTOS CA 94022

MBM HOLDINGS
215 LYNNWOOD BLVD
0
NASHVILLE TN 37205

MEDEVOLVE, INC.
1115 W 3RD STREET
0
LITTLE ROCK AR 72201

MEMORIAL ORTHOPAEDIC SURGICAL GROUP, A M
2760 ATLANTIC AVENUE
0
LONG BEACH CA 90806

MICHAEL HEALD
3003 BERSANO CT
0
PLEASONTON CA 94566

MICROSOFT AZURE
ONE MICROSOFT WAY
0
REDMONT WA 98052-6399

MICROSOFT CORPORATION
ONE MICROSOFT WAY
0
REDMONT WA 98052-6399

MIDDLESEX ORTHOPEDIC SURGEONS
410 SAYBROOK RD
0
MIDDLETOWN CT 06457

MIDWEST ORTHOPAEDICS
7450 KESSLER ST. SUITE 140
0
MERRIAM KS 66204

MSK GROUP, PC
6077 PRIMACY PARKWAY
STE 140
MEMPHIS TN 38119-5742

NAVHEALTH INC
PO BOX 8033
0
CAROL STREAM IL 60197

NEBRASKA SPINE HOSPITAL LLC
6901 NORTH 72ND STREET SUITE 20300
0
OMAHA NE 68122

OBERLANDER ERIC
1374 KNOLLWOOD DRIVE
0
BATON ROUGE LA 70808

ORTHO MONTANA, PSC
2900 12TH AVE NORTH
STE 140W
BILLINGS MT 59101

ORTHOALASKA LLC
3801 LAKE OTIS PARKWAY
STE 300
ANCHORAGE AK 99508

ORTHOCINCY ORTHOPAEDICS & SPORTS MEDICIN
560 SOUTH LOOP RD
0
EDGEWOOD KY 41017

ORTHOPAEDIC INSTITUTE OF OHIO INC.
801 MEDICAL DRIVE
STE A
LIMA OH 45804

ORTHOPEDIC SURGEONS LTD
3399 TRINDLE ROAD
0
CAMP HILL PA 17011

ORTHOTEXAS PHYSICIANS AND SURGEONS, PLLC
4780 N JOSEY LANE
0
CARROLLTON TX 75010

ORTHOWEST, PC
2725 SOUTH 144TH STREET
STE 212
OMAHA NE 68144-5253

PEACHTREE ORTHOPAEDIC CLINIC, PA
2001 PEACHTREE RD
STE 705
ATLANTA GA 30309

PLURALSIGHT LLC
DEPT CH 19719
0
PALATINE IL 60055-9719

PROVIDERTRUST, INC.
406 11TH AVE N
STE 250
NASHVILLE TN 37203

REFERRAL POINT
222 WEST LAS COLINAS BLVD #1950N
0
IRVING TX 75039

RILEY & JACOBSON, PLC
1906 WEST END AVE.
0
NASHVILLE TN 37203

RINGCENTRAL INC
20 DAVIS DRIVE
0
BELMONT CA 94002

ROBERT TRIGG MCCLELLAN
2018 MEDICAL CENTER PARKWAY
SUITE B PMB 504
MURFREESBORO TN 37129

ROCHESTER KNEE AND SPORTS MEDICINE PC
3100 CROSS CREEK PKWY
STE 200
AUBURN HILLS MI 48326

ROCKFORD ORTHOPEDIC ASSOCIATES, LTD
BOX 78534
0
MILWAUKEE WI 53278-8534

ROMANO HEALTH LAW LLC
502 WASHINGTON AVE
STE. 610
TOWSON MD 21204

RSM US LLP
331 WEST 3RD STREET
STE 200
DAVENPORT IA 52801

RYAN SIMMONS
443 BECANNI LN
0
NASHVILLE TN 37209

SAN BERNARDINO MEDICAL ORTHOPAEDIC GROUP
1801 ORANGE TREE LANE STE 200
0
REDLANDS CA 92404

SEMMES-MURPHEY CLINIC
6325 HUMPHREYS BLVD
0
MEMPHIS TN 38120

SHORELINE ORTHOPAEDICS & SPORTS MEDICINE
370 N 120TH AVENUE
STE 20
HOLLAND MI 49424

SHRED-IT USA
28883 NETWORK PLACE
0
CHICAGO IL 60673

SIERRA PACIFIC ORTHOPEDICS CENTER MEDICA
1630 E HERNDON AVE
0
FRESNO CA 93720

SOUTHERN ORTHOPEDIC ASSOCIATES, SC
510 LINCOLN DR
0
HERRIN IL 62948

SPECIALIST RESOURCES GLOBAL, INC.
PO BOX 5352
0
CAROL STREAM IL 60197-5352

SPORTSMED ORTHOPAEDIC SPECIALISTS
4715 WHITESBURG DR
0
HUNTSVILLE AL 35802

STAPLES INC.
PO BOX 105748
0
ATLANTA GA 30348-5748

STAPLETON KIRK
3840 INGLEWOOD AVE SOUTH
0
ST LOUIS PARK MN 55416

STUDIONOW
75 REMITTANCE DRIVE
0
CHICAGO IL 60675-6579

SWEDISHAMERICAN HOSPITAL
1401 EAST STATE STREET
0
ROCKFORD IL 61104

SYMPLR
616 CYPRESS CREEK PKWY 800
0
HOUSTON TX 77090

SYRACUSE ORTHOPEDIC SPECIALIST, P.C.
5824 WIDEWATERS PARKWAY
0
EAST SYRACUSE NY 13057

TAILWINDS BUSINESS LAW, PLLC
239 LAUDERDALE RD
0
NASHVILLE TN 37205

TEBRA TECHNOLOGIES, INC.
MICHELSON, SUITE 400
0
IRVINE CA 92612

TENNESSEE ORTHOPAEDIC ALLIANCE, PA
608 NORRIS AVENUE
0
NASHVILLE TN 37204

TEXAS ORTHOPEDICS, SPORTS & REHABILITATI
4700 SETON CENTER PKWY
STE 200
AUSTIN TX 78759

THE ORTHOPAEDIC GROUP, PC
6144 AIRPORT BLVD
0
MOBILE AL 36608

THOMAS RANEY
2442 OLDFIELD RD NW
0
ATLANTA GA 30327

TOM GALLAGHER
215 LYNNWOOD BLVD
0
NASHVILLE TN 37205

TOULSON, CHARLES
6850 TPC DR #116
0
MCKINNEY TX 75070

TRAVERCENT, LLC
2500 NORTHWINDS PARKWAY #600
C/O ALITHYA RANZAL LLC
ALPHARETTA GA 30009

TREVOR SAVA
239 LAUDERDALE RD
0
NASHVILLE TN 37205

TULSA BONE & JOINT ASSOCIATES, P.C.
4802 S 109TH E AVE
STE 200
TULSA OK 74146

TWILIO INC
101 SPEAR STREET, SUITE 100
0
SAN FRANCISCO CA 94105

UHC
9800 HEALTH CARE LANE
ATTN: NICOLE BECKER MN006-FLOOR 10
MINNETONKA MN 55343

UNIVERSITY ORTHOPEDICS
2 DUDLEY ST
STE 200
PROVIDENCE RI 02905

URSA HEALTH LLC
102 WOODMONT BLVD, SUITE 110
0
NASHVILLE TN 37205

USACS INTEGRATED ACUTE CARE SERVICES
PO BOX 22485
0
BELFAST ME 04915

VENTURA ORTHOPEDICS MEDICAL GROUP, INC
3525 LOMA VISTA RD.
STE A
VENTURA CA 93003

VERIZON WIRELESS
1 VERIZON WAY
0
BASKING RIDGE NJ 07920-1097

WAKELY CONSULTING GROUP, LLC
7650 W COURTNEY CAMPBELL CAUSEWAY
STE 1250
TAMPA FL 33607

WALLER LANSDEN DORTCH & DAVIS
511 UNION ST.
STE. 2700
NASHVILLE TN 37219

WB CARRELL MEMORIAL CLINIC ASSOCIATED
9301 N CENTRAL EXPRESSWAY SUITE 400
0
DALLAS TX 75231

WEST TENNESSEE BONE & JOINT CLINIC, PC
24 PHYSICIANS DR.
0
JACKSON TN 38305

WILLIAM MCGUIRE
315 WOODHILL ROAD
0
WAYZATA MN 55391

WITTER FAMILY TRUST
ONE MONTELENA COURT
0
WOODSIDE CA 94062