**Fill in this information to identify the case:**

Debtor name **Episode Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **25-04373**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Statement of Financial Affairs (Form 207)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  3, 2025**     *X* **/s/ Gary Murphey**
                                         Signature of individual signing on behalf of debtor

                                         **Gary Murphey**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................    $     **1,628.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $     **1,628.00**

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     **12,197,275.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **25,440,374.00**

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b      $     **37,637,649.00**

Debtor name **Episode Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **25-04373**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Pinnacle Bank** | **petty cash** | **5150** | **$416.00** |
| 3.2. | **Pinnacle Bank** | **petty cash** | **9354** | **$1,212.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**         **$1,628.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document     Page 3 of 49

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| | 14.1.    **See Statement of Financial Affairs, Part 13, #25** | | $0.00 |

| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                 % of ownership |
|---|---|

| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: |
|---|---|

| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | $0.00 |
|---|---|---|

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.

☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

Case 3:25-bk-04373    Doc 14    Filed 11/03/25    Entered 11/03/25 19:58:04    Desc Main
Document     Page 4 of 49

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Case 3:25-bk-04373    Doc 14    Filed 11/03/25    Entered 11/03/25 19:58:04    Desc Main
                Document      Page 5 of 49

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,628.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,628.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,628.00 |

Debtor name    **Episode Solutions, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **25-04373**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**   **BE ES I LLC**
Creditor's Name

**3 West Main Street, Suite 301**
**Irvington, NY 10533**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$9,066,067.00**    Column B: **$0.00**

**2.2**   **Herbert Fritch**
Creditor's Name

**57 Brookhill Circle**
**Nashville, TN 37215**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**all assets**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$3,131,208.00**    Column B: **$0.00**

■ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $12,197,275.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Episode Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **25-04373**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** **360 Advanced, Inc.** **200 Central Avenue Suite 2100** **St Petersburg, FL 33771** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$65,000.00** |
| **3.2** **Nonpriority creditor's name and mailing address** **86Borders** **200 Galleria Parkway** **Ste 1475** **Atlanta, GA 30339** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$26,006.00** |
| **3.3** **Nonpriority creditor's name and mailing address** **ABAY NEUROSCIENCE CENTER LLC** **3223 N Webb Rd** **Wichita, KS 67226** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$54,749.00** |
| **3.4** **Nonpriority creditor's name and mailing address** **Adam Goode** **2209 Maple Grove Ln** **Nashville, TN 37211** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$1,318.00** |

26672

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document      Page 9 of 49

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,717.00 |
|---|---|---|---|

**Adams and Reese LLP**
**701 Poydras Street**
**Ste 4500**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,688.00 |
|---|---|---|---|

**Advanced Orthopaedic Associates PA**
**9828 E Shannon Wds St Suite 100**
**Witchita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,116.00 |
|---|---|---|---|

**Alabama Orthopaedic Clinic, PC**
**3610 Springhill Memorial Dr. N**
**Mobile, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |
|---|---|---|---|

**Alpha And Omega Computer Consultant Inc**
**PO BOX 2369**
**Lebanon, TN 37088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,773.00 |
|---|---|---|---|

**Alston & Bird LLP**
**1201 W Peachtree St**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,982.00 |
|---|---|---|---|

**AOSM Spine Services, PLLC**
**11800 FM 1960 RD W**
**Houston, TX 77065-3840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,910.00 |
|---|---|---|---|

**Appalachian Orthopaedic Associates, P.C.**
**4105 FT., HENRY DR.**
**Ste 300**
**KINGSPORT, TN 37663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
                    Document      Page 10 of 49

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $672.00 |

**APX Net, Inc**
**2 School Street**
**Ste 2**
**Berwick, ME 03901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $911,781.00 |

**Arkansas Specialty Care Centers, PA**
**800 Fair Park Blvd**
**Attn CFO**
**Little Rock, AR 72204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,571.00 |

**Atlantic Data Security**
**PO Box 380848**
**East Hartford, CT 06138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,000.00 |

**Axis Medical Technologies, LLC**
**4660 La Jolla Village, Suite 100**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,282.00 |

**Azalea Orthopedic & Sports Medicine Clin**
**3414 Golden Road**
**Tyler, TX 75701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106,882.00 |

**Bienville Orthopaedic Specialists, LLC**
**6300 East Lake Blvd**
**Ste 301**
**Vancleave, MS 39565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258,128.00 |

**Bill Butler**
**1629 Main St**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**BrightStar Leadership Consulting**
**2071 Oak Grove Rd**
**Atlanta, GA 30345**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86,625.00 |

**Buffkin & Associates, LLC**
**10 Cadillac Drive**
**Ste 190**
**Brentwood, TN 37027**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Capital Alpha Partners**
**600 Pennsylvania Ave SE-Suite 220**
**Washington, DC 20003**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,532.00 |

**CDW LLC**
**230 N Milaukee Ave.**
**Vernon Hills, IL 60061**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,820.00 |

**Centers for Advanced Orthopaedics LLC**
**6707 Democracy Blvd.**
**Ste 504**
**Bethesda, MD 20817**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,926.00 |

**Charles Toulson**
**6850 TPC Dr #116**
**McKinney, TX 75070**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123,888.00 |

**Chattanooga Orthopaedic Group, PC**
**2415 McCallie Ave**
**Chattanooga, TN 37404**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document    Page 12 of 49

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,933.00 |
|---|---|---|---|

**Chris Redlich**
**1304 Chickering Road**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,600.00 |
|---|---|---|---|

**Christopher Brown**
**145 Nieto Ave**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287,746.00 |
|---|---|---|---|

**Cody Smith**
**7 Sunset Drive**
**Englewood, CO 80113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,422.00 |
|---|---|---|---|

**Concord Orthopaedics Professional Associ**
**264 Pleasant Street**
**Concord, NH 03301-7500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,887.00 |
|---|---|---|---|

**Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Current Development LLC**
**400 Main St.**
**Ste 210**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,181.00 |
|---|---|---|---|

**Cy-Fair Bone & Joint LLP**
**11800 FM 1960 W**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document     Page 13 of 49

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$74,500.00** |
|---|---|---|---|

**Cyber Guards USA**
**9282 Cordova Park Rd**
**Cordova, TN 38018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,305.00** |
|---|---|---|---|

**David Taunton**
**165 Dove Creek Rd**
**Argyle, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,465.00** |
|---|---|---|---|

**Dell Financial Services, LLC**
**One Dell Way**
**Round Rock, TX 78682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,615.00** |
|---|---|---|---|

**Desert Orthopaedic Center, Ltd.**
**2800 E. Desert Inn Road**
**Ste 100**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$263,604.00** |
|---|---|---|---|

**Dillin Family Trust**
**6723 Brookshire Dr**
**Dallas, TX 75230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$662,295.00** |
|---|---|---|---|

**Eric Oberlander**
**1374 Knollwood Drive**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83,942.00** |
|---|---|---|---|

**Fondren Orthopedic Group L.L.P.**
**7401 Main Street**
**Houston, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$162.00** |
| --- | --- | --- | --- |
| | **Frazier & Deeter, LLC**<br>**1230 Peachtree St NE**<br>**Ste 1500**<br>**Atlanta, GA 30309** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$342.00** |
| --- | --- | --- | --- |
| | **Frederikson & Byron, PA**<br>**60 South Sixth Street Suite 1500**<br>**Minneapolis, MN 55402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,249.00** |
| --- | --- | --- | --- |
| | **Holland & Knight**<br>**P.O. Box 936937**<br>**Atlanta, GA 31193-6937** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,776.00** |
| --- | --- | --- | --- |
| | **Intelligent Office Nashville**<br>**315 Deaderick St**<br>**Ste 1550**<br>**Nashville, TN 37238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$34,058.00** |
| --- | --- | --- | --- |
| | **InterOperability Bido, Inc**<br>**100 High Street**<br>**Ste 1560**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38,075.00** |
| --- | --- | --- | --- |
| | **INTRALINKS, INC**<br>**PO Box 392134**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$94,424.00** |
| --- | --- | --- | --- |
| | **James Phillips**<br>**3537 Lakeshore Dr**<br>**Kingsport, TN 37663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document    Page 15 of 49

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,055.00 |

**K&L Gates LLP**
**210 Sixth Avenue**
**Pittsburgh, PA 15222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,944.00 |

**Kirk Stapleton**
**3840 Inglewood Ave South**
**St Louis Park, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,334.00 |

**Macon Orthopaedic and Hand Center, P.A.**
**3708 Northside Drive**
**Macon, GA 31210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,516.00 |

**Matityahu Family Trust 7/22/04**
**191 Pine Lane**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,493.00 |

**MBM Holdings**
**215 Lynnwood Blvd**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,054.00 |

**MedEvolve, Inc.**
**1115 W 3rd Street**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,073.00 |

**Memorial Orthopaedic Surgical Group, a M**
**2760 Atlantic Avenue**
**Long Beach, CA 90806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,415.00 |

**Michael Heald**
**3003 Bersano Ct**
**Pleasonton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,085.00 |

**Microsoft Azure**
**One Microsoft Way**
**Redmont, WA 98052-6399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,080.00 |

**Microsoft Corporation**
**One Microsoft Way**
**Redmont, WA 98052-6399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,747.00 |

**Middlesex Orthopedic Surgeons**
**430 Saybrook Road**
**Middletown, CT 06457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,837.00 |

**Midwest Orthopaedics**
**7450 Kessler St. Suite 140**
**Merriam, KS 66204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337,867.00 |

**MSK Group, PC**
**6077 Primacy Parkway**
**Ste 140**
**Memphis, TN 38119-5742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,600.00 |

**Navhealth Inc**
**PO BOX 8033**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,275.00 |
|---|---|---|---|

**Nebraska Spine Hospital LLC**
**6901 North 72nd Street Suite 20300**
**Omaha, NE 68122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258,310.00 |
|---|---|---|---|

**Ortho Montana, PSC**
**2900 12th Ave North**
**STE 140W**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,582.00 |
|---|---|---|---|

**OrthoAlaska LLC**
**3801 Lake Otis Parkway**
**Ste 300**
**Anchorage, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,034.00 |
|---|---|---|---|

**OrthoCincy Orthopaedics & Sports Medicin**
**560 South Loop Rd**
**Edgewood, KY 41017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,928.00 |
|---|---|---|---|

**Orthopaedic Institute of Ohio Inc.**
**801 Medical Drive**
**Ste A**
**Lima, OH 45804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,586.00 |
|---|---|---|---|

**Orthopedic Surgeons Ltd**
**3399 Trindle Road**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,753.00 |
|---|---|---|---|

**OrthoTexas Physicians and Surgeons, PLLC**
**4780 N Josey Lane**
**Carrollton, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-04373    Doc 14    Filed 11/03/25    Entered 11/03/25 19:58:04    Desc Main
Document    Page 18 of 49

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$282,700.00** |
|---|---|---|---|

**OrthoWest, PC**
**2725 South 144th Street**
**Ste 212**
**Omaha, NE 68144-5253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,418,454.00** |
|---|---|---|---|

**Owens and Minor Inc**
**10900 Nuckols Road Suite 400**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$32,194.00** |
|---|---|---|---|

**Peachtree Orthopaedic Clinic, PA**
**2001 Peachtree Rd**
**Ste 705**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,340.00** |
|---|---|---|---|

**Pluralsight LLC**
**Dept CH 19719**
**Palatine, IL 60055-9719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.00** |
|---|---|---|---|

**ProviderTrust, Inc.**
**406 11th Ave N**
**Ste 250**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59,990.00** |
|---|---|---|---|

**Referral Point**
**222 West Las Colinas Blvd #1950N**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,743.00** |
|---|---|---|---|

**RILEY & JACOBSON, PLC**
**1906 West End Ave.**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document     Page 19 of 49

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,113.00 |
|---|---|---|---|

**RingCentral Inc**
**20 Davis Drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342,371.00 |
|---|---|---|---|

**Robert Trigg McClellan**
**2018 Medical Center Parkway**
**Suite B PMB 504**
**Murfreesboro, TN 37129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.00 |
|---|---|---|---|

**ROCHESTER KNEE AND SPORTS MEDICINE**
**PC**
**3100 Cross Creek Pkwy**
**Ste 200**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,880.00 |
|---|---|---|---|

**Rockford Orthopedic Associates, LTD**
**324 Roxbury Road**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,525.00 |
|---|---|---|---|

**Romano Health Law LLC**
**502 Washington Ave**
**Ste. 610**
**Towson, MD 21204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296,779.00 |
|---|---|---|---|

**RSM US LLP**
**4650 East 53rd Street**
**Davenport, IA 52807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,313.00 |
|---|---|---|---|

**Ryan Simmons**
**443 Becanni Ln**
**Nashville, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**
**San Bernardino Medical Orthopaedic Group**
**1801 Orange Tree Lane Ste 200**
**Redlands, CA 92404**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$98,469.00**

---

**3.83**

**Nonpriority creditor's name and mailing address**
**Semmes-Murphey Clinic**
**6325 Humphreys Blvd**
**Memphis, TN 38120**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$439,950.00**

---

**3.84**

**Nonpriority creditor's name and mailing address**
**Shoreline Orthopaedics & Sports Medicine**
**370 N 120th Avenue**
**Ste 20**
**Holland, MI 49424**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,804.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**
**Shred-It USA**
**28883 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$237.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Sierra Pacific Orthopedics Center Medica**
**1630 E Herndon Ave**
**Fresno, CA 93720**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$180,296.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Southern Orthopedic Associates, SC**
**510 Lincoln Dr**
**Herrin, IL 62948**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$36,280.00**

---

**3.88**

**Nonpriority creditor's name and mailing address**
**SPECIALIST RESOURCES GLOBAL, INC.**
**PO Box 5352**
**Carol Stream, IL 60197-5352**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$640,860.00**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,536.00 |
|---|---|---|---|

**SportsMED Orthopaedic Specialists**
**4715 Whitesburg Dr**
**Huntsville, AL 35802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.00 |
|---|---|---|---|

**Staples Inc.**
**PO BOX 105748**
**Atlanta, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,035.00 |
|---|---|---|---|

**StudioNow**
**75 Remittance Drive**
**Chicago, IL 60675-6579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,284.00 |
|---|---|---|---|

**SwedishAmerican Hospital**
**1401 East State Street**
**Rockford, IL 61104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403,350.00 |
|---|---|---|---|

**symplr**
**616 Cypress Creek Pkwy 800**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,859.00 |
|---|---|---|---|

**Syracuse Orthopedic Specialist, P.C.**
**5719 Widewaters Parkway**
**Syracuse, NY 13214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,739.00 |
|---|---|---|---|

**Tailwinds Business Law, PLLC**
**239 Lauderdale Rd**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Case 3:25-bk-04373    Doc 14    Filed 11/03/25    Entered 11/03/25 19:58:04    Desc Main
Document    Page 22 of 49

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,372.00** |
|---|---|---|---|

**Tebra Technologies, Inc.**
**Michelson, Suite 400**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459,415.00** |
|---|---|---|---|

**Tennessee Orthopaedic Alliance, PA**
**608 Norris Avenue**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$45,490.00** |
|---|---|---|---|

**Texas Orthopedics, Sports & Rehabilitati**
**4700 Seton Center Pkwy**
**Ste 200**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$156,045.00** |
|---|---|---|---|

**The Orthopaedic Group, PC**
**6144 Airport Blvd**
**Mobile, AL 36608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,538.00** |
|---|---|---|---|

**Thomas Raney**
**2442 Oldfield Rd NW**
**Atlanta, GA 30327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$193,496.00** |
|---|---|---|---|

**Tom Gallagher**
**215 Lynnwood Blvd**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Travercent, LLC**
**2500 Northwinds Parkway #600**
**C/O Alithya Ranzal LLC**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document       Page 23 of 49

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,020.00** |
|---|---|---|---|

**Trevor Sava**
**239 Lauderdale Rd**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,919.00** |
|---|---|---|---|

**Tulsa Bone & Joint Associates, P.C.**
**4802 S 109th E Ave**
**Ste 200**
**Tulsa, OK 74146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,289.00** |
|---|---|---|---|

**Twilio Inc**
**101 Spear Street, Suite 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,063,670.00** |
|---|---|---|---|

**UHC**
**9800 Health Care Lane**
**ATTN: Nicole Becker MN006-Floor 10**
**Minnetonka, MN 55343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,199.00** |
|---|---|---|---|

**University Orthopedics**
**2 Dudley St**
**Ste 200**
**Providence, RI 02905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,925.00** |
|---|---|---|---|

**Ursa Health LLC**
**102 Woodmont Blvd, Suite 110**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99,406.00** |
|---|---|---|---|

**USACS Integrated Acute Care Services**
**PO Box 22485**
**Belfast, ME 04915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document    Page 24 of 49

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98,856.00** |
|---|---|---|---|

**Ventura Orthopedics Medical Group, INC**
**3525 Loma Vista Rd.**
**Ste A**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$720.00** |
|---|---|---|---|

**Verizon Wireless**
**1 Verizon Way**
**Basking Ridge, NJ 07920-1097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,976.00** |
|---|---|---|---|

**Wakely Consulting Group, LLC**
**7650 W Courtney Campbell Causeway**
**Ste 1250**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,089.00** |
|---|---|---|---|

**Waller Lansden Dortch & Davis**
**511 Union St.**
**Ste. 2700**
**Nashville, TN 37219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,597.00** |
|---|---|---|---|

**WB Carrell Memorial Clinic Associated**
**9301 N CENTRAL EXPRESSWAY SUITE 400**
**DALLAS, TX 75231**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114,489.00** |
|---|---|---|---|

**West Tennessee Bone & Joint Clinic, PC**
**24 Physicians Dr.**
**Jackson, TN 38305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$129,440.00** |
|---|---|---|---|

**William McGuire**
**315 Woodhill Road**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Basis for the claim: __**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$109,132.00** |

**Witter Family Trust**
**One Montelena Court**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 25,440,374.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 25,440,374.00 |

Debtor name      **Episode Solutions, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF TENNESSEE

Case number (if known)      **25-04373**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document      Page 27 of 49

Debtor name **Episode Solutions, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **25-04373**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☛ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **CAL Care of AL, LLC** | **102 Woodmont Blvd, Suite 300 Nashville, TN 37205** | **BE ES I LLC** | ☛ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Centralized Management Services LLC** | **102 Woodmont Blvd, Suite 300 Nashville, TN 37205** | **BE ES I LLC** | ☛ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.3 | **CLA Care of LA II, LLC** | **102 Woodmont Blvd, Suite 300 Nashville, TN 37205** | **BE ES I LLC** | ☛ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | **CLA Care of LA III, LLC** | **102 Woodmont Blvd, Suite 300 Nashville, TN 37205** | **BE ES I LLC** | ☛ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Clinically Integrated Management** | **102 Woodmont Blvd, Suite 300 Nashville, TN 37205** | **BE ES I LLC** | ☛ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main Document     Page 28 of 49

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **CTX Care of TX II, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.7 | **Joint Replacement CIN of San Diego, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.8 | **OAL Care of AL, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.9 | **OCA Care of CA II, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.10 | **OCA Care of CA, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.11 | **OFL Care of FL IV, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.12 | **ONY Care of NY, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |
| 2.13 | **OTN Care of TN, LLC** | **102 Woodmont Blvd, Suite 300** <br> **Nashville, TN 37205** | **BE ES I LLC** | ■ D   **2.1** <br> ☐ E/F \_\_\_\_\_ <br> ☐ G \_\_\_\_\_ |

Case 3:25-bk-04373    Doc 14    Filed 11/03/25    Entered 11/03/25 19:58:04    Desc Main Document     Page 29 of 49

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **SFL Care of FL II, LLC** | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | **BE ES I LLC** | ■ D  2.1 ☐ E/F _____ ☐ G _____ |
| 2.15 **SNV Care of NV, LLC** | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | **BE ES I LLC** | ■ D  2.1 ☐ E/F _____ ☐ G _____ |
| 2.16 **SNY Care of NY, LLC** | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | **BE ES I LLC** | ■ D  2.1 ☐ E/F _____ ☐ G _____ |
| 2.17 **SOH Care of OH II, LLC** | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | **BE ES I LLC** | ■ D  2.1 ☐ E/F _____ ☐ G _____ |
| 2.18 **STX Care of TX II, LLC** | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | **BE ES I LLC** | ■ D  2.1 ☐ E/F _____ ☐ G _____ |

| | |
|---|---|
| Debtor name | **Episode Solutions, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | **25-04373** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$50,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1. **Datalink Networks Inc**<br>**28110 Avenue Stanford Unit A**<br>**Santa Clara, CA 91355** | **9/12/2025** | **$11,763.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Holland & Knight LLP**<br>**524 Grand Regency Blvd.**<br>**Brandon, FL 33510** | **10/20/2025** | **$45,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Pinnacle Bank**<br>**21 Platform Way S Suite 2300**<br>**Nashville, TN 37203** | **08/05/2025,**<br>**09/05/2025,**<br>**10/06/2025** | **$7,018.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Resurgence Financial Services LLC**<br>**3330 Cumberland Blvd Suite 500**<br>**Atlanta, GA 30339** | **10/20/2025** | **$20,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Sims Funk PLC**<br>**3102 West End Avenue Suite 1100**<br>**Nashville, TN 37203** | **8/27/2025** | **$11,607.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Stones River Consulting**<br>**2441 Q Old Fort Parkway 407**<br>**Murfreesboro, TN 37128** | **08/28/2025** | **$3,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **BE ES I LLC**<br>**3 West Main Street, Suite 301**<br>**Irvington, NY 10533** | **Foreclosure \| all assets other than equity interests in subsidiaries** | **1/24/25** | **$1,000,000.00** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Owens & Minor Medical LLC, et al. v. Episode Solutions, LLC**<br>**2025-0106-JTL** | **Breach of Contract** | **Delaware Court of Chancery**<br>**Leonard L. Williams Justice Center**<br>**500 North King Street**<br>**Wilmington, DE 19801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **SHERWOOD PARTNERS, INC., et al v. EPISODE SOLUTIONS, LLC**<br>**25CV474493** | **App. for Discovery Subpoena in Case Act. Pending Outside CA** | **California Superior Court, Santa Clara C**<br>**191 N. First Street**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Orthocincy Orthopaedics & Sports Medicine, P.S.C. v. Episode Solutions, LLC, et al**<br>**2:25cv25** | **Other Contract** | **U.S. District Court, Kentucky Eastern**<br>**101 Barr Street**<br>**Lexington, KY 40507** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **ORTHOMIDWEST PLLC D/B/A ORTHOILLINOIS vs EPISODE SOLUTIONS LLC**<br>**25C326** | **CONTRACT/DEBT COMPLAINT** | **Tennessee Circuit Court, Davidson County**<br>**PO Box 196303**<br>**Nashville, TN 37219** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Owens & Minor Medical, LLC et. al. vs. Episode Solutions, LLC**<br>**25-1028-IV** | **Other-Foreign Judgment** | **Tennessee Chancery Court - Davidson Coun**<br>**1 Public Square**<br>**Nashville, TN 37015** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Owens & Minor Medical LLC v. Episode Solutions**<br>**N25C-02-566** | **CCLD - Complex Commercial Litigation Division** | **Delaware Superior Court, New Castle Coun**<br>**500 N King St,**<br>**Wilmington, DE 19801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Stolarski Et Al V. Episode Solutions, LLC**<br>**8:25cv2158** | **Judgments** | **U.S. District Court, Florida Middle**<br>**401 West Central Boulevard**<br>**Orlando, FL 32801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document   Page 33 of 49

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Vendor Credentialing Service LLC v. Episode Solutions, LLC**<br>**3:25cv91** | **Other Contract** | **U.S.  District Court, Tennessee Middle**<br>**Fred D. Thompson U.S. Courthouse and Fed**<br>**719 Church Street, Suite 1300**<br>**Nashville, TN 37203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Edward Stolarski & Dingle v. Joint Replacement CIN of Tampa, LLC**<br>**10148** | | **American Health Law Association Arbitrat**<br>**PO Box 79340**<br>**Baltimore, MD 21279** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10<br>· | **OrthoArkansas PA v. Fusion 5 Inc; Owens & Minor Inc.**<br>**24-00695** | | **U.S. District Court, Eastern Arkansas**<br>**500 West Capitol Avenue**<br>**Little Rock, AR 72201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11<br>· | **Orthopaedic Specialty Institute Medical Group of Orange County**<br>**2025-01483911** | | **California (Orange County) Superior Cour**<br>**700 W Civic Center Dr**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 3:25-bk-04373   Doc 14   Filed 11/03/25   Entered 11/03/25 19:58:04   Desc Main
Document        Page 34 of 49

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gary Murphey**<br>**Resurgence Financial**<br>**Services, LLC**<br>**3330 Cumberland Blvd., Suite 500**<br>**Atlanta, GA 30339** | | | **$70,000.00** |
| | **Email or website address**<br>**https://rfslimited.com/** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Holland & Knight LLP**<br>**524 Grand Regency Blvd.**<br>**Brandon, FL 33510** | | | **$277,725.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **102 Woodmont Blvd, Suite 350**<br>**Nashville, TN 37205** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  |  |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
|  |  |  |  |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. **SEE ATTACHED LIST** |  | EIN: From-To |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Todd W. Grant** **102 Woodmont Blvd, Suite 350** **Nashville, TN 37205** | **05/13/2024 - 01/17/2025** |
| 26a.2. | **Erik W. Kortman** **102 Woodmont Blvd, Suite 350** **Nashville, TN 37205** | **10/01/2021 - present** |
| 26a.3. | **Jena E. Link** **102 Woodmont Blvd, Suite 350** **Nashville, TN 37205** | **01/11/2021 - 11/15/2024** |
| 26a.4. | **Edgar Rubenov** **102 Woodmont Blvd, Suite 350** **Nashville, TN 37205** | **07/05/2022 - present** |
| 26a.5. | **Ross E. Thomas** **102 Woodmont Blvd, Suite 350** **Nashville, TN 37205** | **03/01/2021 - 03/29/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **Frazier & Deeter** **1320 Adams St Suite 1200** **Nashville, TN 37208** | **2015-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Erik E. Kortman** **102 Woodmont Blvd, Suite 300** **Nashville, TN 37205** | |
| 26c.2. | **Edgar Rubenov** **102 Woodmont Blvd, Suite 300** **Nashville, TN 37205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **BE ES I LLC** **3 WEST MAIN STREET, SUITE 301** **Irvington, NY 10533** |
| 26d.2. | **CAPITAL ALIGNMENT PARTNERS** **40 BURTON HILLS BLVD, SUITE 250** **Nashville, TN 37215** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

■   No

☐   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gary Murphey | 3330 Cumberland Blvd. Suite 500 Atlanta, GA 30309 | Chief Restructuring Officer | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐   No

■   Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas A. Gallagher | 215 Lynwood Blvd Nashville, TN 37205 | CEO | 06/2015-11/2024 |
| Carmen M. Lux | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | Chief Technology Officer | 12/2024 - 01/2025 |
| Kyle S. Cooksey | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | President and CEO | 08/2024 - 01/2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐   No

■   Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Kyle S. Cooksey 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | $102,083 | 10/20/24-1/31/25 | |
| | **Relationship to debtor** President and CEO | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 Carmen M. Lux<br>102 Woodmont Blvd, Suite 300<br>Nashville, TN 37205 | $34,375 | 10/20/24-1/31/25 | |
| **Relationship to debtor**<br>Chief Technology Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 3, 2025**

**/s/ Gary Murphey**                                    **Gary Murphey**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Case 3:25-bk-04373    Doc 14    Filed 11/03/25    Entered 11/03/25 19:58:04    Desc Main
Document      Page 40 of 49

Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| SURGICAL PRODUCTS PURCHASING GROUP, LLC | 102 Woodmont Blvd, Suite 300 Nashville, TN 37205 | Medical Device Sales | 27-1741587 | 01/25/2010 | | |
| CENTRALIZED MANAGEMENT SERVICES, LLC | 103 Woodmont Blvd, Suite 300 Nashville, TN 37205 | Management Services | 26-4634343 | 04/08/2009 | | |
| TOTAL JOINT CIN OF NORTHERN CALIFORNIA MSO, LLC | 104 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3351739 | 11/14/2017 | | |
| TOTAL JOINT CIN OF LOUISIANA MSO, LLC | 105 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2739873 | 09/12/2017 | | |
| JOINT REPLACEMENT CIN OF MANHATTAN MSO, LLC | 106 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 36-4890576 | 02/15/2018 | | Suspended |
| JOINT REPLACEMENT CIN OF MIDDLE TENNESSEE MSO, LLC | 107 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3441145 | 02/16/2018 | | Dissolved |
| TOTAL JOINT CIN OF NORTH TEXAS MSO, LLC | 108 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2770063 | 09/13/2017 | | Inactive |
| JOINT REPLACEMENT CIN OF RALEIGH MSO, LLC | 109 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3036341 | 02/22/2018 | 3/31/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF CHARLOTTE MSO, LLC | 110 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 38-4057823 | 02/22/2018 | 3/31/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF COLUMBUS MSO, LLC | 111 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1034926 | 02/14/2018 | 2/28/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF CINCINNATI MSO, LLC | 112 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-0840967 | 02/14/2018 | | |
| JOINT REPLACEMENT CIN OF DENVER MSO, LLC | 113 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4337702 | 02/13/2018 | | Dissolved |
| JOINT REPLACEMENT CIN OF INDIANAPOLIS MSO, LLC | 114 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 38-4059548 | 02/13/2018 | | Dissolved |
| JOINT REPLACEMENT CIN OF ST. LOUIS MSO, LLC | 115 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3009139 | 02/13/2018 | | |
| CARDIAC CIN OF DENVER MSO, LLC | 116 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4384386 | 02/13/2018 | | Dissolved |
| SPINE CIN OF DENVER MSO, LLC | 117 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4325073 | 02/13/2018 | | Dissolved |
| U CARE OF IL MSO, LLC | 118 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1195994 | 03/22/2019 | | |
| CARDIAC CIN OF INDIANAPOLIS MSO, LLC | 119 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 37-1880595 | 02/13/2018 | | |
| SPINE CIN OF INDIANAPOLIS MSO, LLC | 120 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 32-0554807 | 02/13/2018 | | |
| CARDIAC CIN OF MANHATTAN MSO, LLC | 121 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 38-4060497 | 02/14/2018 | | |
| SPINE CIN OF MANHATTAN MSO, LLC | 122 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1034902 | 02/15/2018 | | Suspended |
| CARDIAC CIN OF MIDDLE TENNESSEE MSO, LLC | 123 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3410961 | 02/16/2018 | | Dissolved |
| SPINE CIN OF MIDDLE TENNESSEE MSO, LLC | 124 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3402556 | 02/16/2018 | | |
| SPINE CIN OF NORTH TEXAS MSO, LLC | 125 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2755665 | 09/12/2017 | | |
| CARDIAC CIN OF RALEIGH MSO, LLC | 126 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3036247 | 02/22/2018 | 3/31/2025 | Dissolved |
| CARDIAC CIN OF PHILADELPHIA MSO, LLC | 127 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4357010 | 02/13/2018 | | Terminated |
| SPINE CIN OF RALEIGH MSO, LLC | 128 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3036465 | 02/22/2018 | | |
| CARDIAC CIN OF COLUMBUS MSO, LLC | 129 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 38-4060516 | 02/14/2018 | 2/28/2025 | Dissolved |
| SPINE CIN OF CINCINNATI MSO, LLC | 130 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3009324 | 02/14/2018 | 2/28/2025 | Dissolved |
| SPINE CIN OF COLUMBUS MSO, LLC | 131 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2618087 | 02/14/2018 | | |
| SPINE CIN OF PHILADELPHIA MSO, LLC | 132 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4093326 | 02/13/2018 | | |
| OPTIMAL HEALTH OF CA, LLC | 133 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3327459 | 10/16/2017 | | |
| TOTAL JOINT CIN OF NORTHERN CALIFORNIA, LLC | 134 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3351860 | 10/16/2017 | | |
| CARDIAC CIN OF NORTHERN CALIFORNIA, LLC | 135 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3357225 | 10/16/2017 | | Suspended |
| SELECT HEALTH NETWORK OF FLORIDA, LLC | 136 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3858942 | 12/21/2017 | 2/28/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF TAMPA, LLC | 137 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3858615 | 12/21/2017 | | Dissolved |
| CARDIAC CIN OF FLORIDA, LLC | 138 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3858507 | 12/21/2017 | | |
| MULTISPECIALTY HEALTH NETWORK OF FLORIDA, LLC | 139 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3777106 | 12/21/2017 | | Inactive |
| JOINT REPLACEMENT CIN OF ORLANDO, LLC | 140 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4156806 | 12/21/2017 | | |

**Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)**

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| JOINT REPLACEMENT CIN OF FLORIDA, LLC | 141 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4156955 | 12/21/2017 | | Dissolved |
| SELECT HEALTH OF FL, LLC | 142 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4174393 | 12/21/2017 | | |
| JOINT REPLACEMENT CIN OF MIAMI, LLC | 143 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4157282 | 12/21/2017 | 1/31/2025 | Dissolved |
| CARDIAC CIN OF MIAMI, LLC | 144 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4174606 | 12/21/2017 | 2/28/2025 | Dissolved |
| SPINE CIN OF ATLANTA, LLC | 145 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4096411 | 12/22/2017 | | |
| JOINT REPLACEMENT CIN OF ATLANTA, LLC | 146 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3858187 | 12/22/2017 | | |
| COORDINATED HEALTH OF GA, LLC | 147 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4054842 | 12/22/2017 | | Terminated |
| SPINE CIN OF CHICAGO, LLC | 148 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3860146 | 12/21/2017 | 3/31/2025 | Terminated |
| JOINT REPLACEMENT CIN OF CHICAGO, LLC | 149 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3990550 | 12/21/2017 | | |
| COORDINATED HEALTH OF IL, LLC | 150 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4176957 | 12/21/2017 | 3/31/2025 | Terminated |
| SPINE CIN OF LOUISIANA, LLC | 151 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2728040 | 09/12/2017 | | |
| TOTAL JOINT CIN OF LOUISIANA, LLC | 152 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2740013 | 09/13/2017 | | Pending |
| CARDIAC CIN OF LOUISIANA, LLC | 153 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3225608 | 10/27/2017 | | |
| MULTISPECIALTY HEALTH NETWORK OF NEW YORK, LLC | 154 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4207346 | 02/14/2018 | | |
| JOINT REPLACEMENT CIN OF MANHATTAN, LLC | 155 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4207739 | 02/14/2018 | | Suspended |
| CARDIAC CIN OF MANHATTAN, LLC | 156 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4207551 | 02/14/2018 | | |
| COORDINATED HEALTH NETWORK OF TENNESSEE, LLC | 157 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3402627 | 11/14/2017 | 1/31/2025 | Inactive |
| OPTIMAL HEALTH OF TN, LLC | 158 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3441344 | 01/11/2018 | 1/31/2025 | Dissolved |
| CARDIAC CIN OF MIDDLE TENNESSEE, LLC | 159 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3411055 | 01/11/2018 | | |
| SELECT HEALTH OF TEXAS, LLC | 160 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2755764 | 09/12/2017 | | |
| TOTAL JOINT CIN OF NORTH TEXAS, LLC | 161 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2770137 | 09/13/2017 | | Inactive |
| CARDIAC CIN OF NORTH TEXAS, LLC | 162 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3211587 | 10/26/2017 | | Inactive |
| SPINE CIN OF AUSTIN, LLC | 163 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3861417 | 01/08/2018 | | Inactive |
| TOTAL JOINT CIN OF AUSTIN, LLC | 164 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4176469 | 01/18/2018 | | Inactive |
| CARDIAC CIN OF AUSTIN, LLC | 165 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3861050 | 01/09/2018 | | Inactive |
| SELECT HEALTH NETWORK OF TEXAS, LLC | 166 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3749490 | 01/08/2018 | | Inactive |
| OPTIMAL HEALTH NETWORK OF TEXAS, LLC | 167 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4176824 | 01/18/2018 | | |
| MULTISPECIALTY HEALTH NETWORK OF TEXAS, LLC | 168 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3747532 | 01/08/2018 | | Inactive |
| SPINE CIN OF WEST TEXAS, LLC | 169 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3752338 | 01/08/2018 | | Inactive |
| TOTAL JOINT CIN OF WEST TEXAS, LLC | 170 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4176699 | 01/18/2018 | | Pending |
| CARDIAC CIN OF WEST TEXAS, LLC | 171 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3752426 | 01/09/2018 | | Inactive |
| SPINE CIN OF RALEIGH, LLC | 172 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4120914 | 03/16/2018 | 3/31/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF RALEIGH, LLC | 173 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4140395 | 03/16/2018 | | |
| CARDIAC CIN OF RALEIGH, LLC | 174 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4140502 | 03/16/2018 | 3/31/2025 | Dissolved |
| SELECT CARE OF NC, LLC | 175 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4173629 | 03/16/2018 | | |
| JOINT REPLACEMENT CIN OF CHARLOTTE, LLC | 176 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4173801 | 03/16/2018 | 3/31/2025 | Dissolved |
| CARDIAC CIN OF CHARLOTTE, LLC | 177 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4173932 | 03/16/2018 | | |
| SPINE CIN OF PHILADELPHIA, LLC | 178 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 36-4888087 | 02/13/2018 | | Terminated |
| JOINT REPLACEMENT CIN OF PHILADELPHIA, LLC | 179 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4253994 | 02/13/2018 | | |

**Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)**

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| COORDINATED HEALTH OF PENN, LLC | 180 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4120757 | 02/13/2018 | | Terminated |
| SELECT HEALTH OF OH, LLC | 181 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4197522 | 02/14/2018 | 2/28/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF COLUMBUS, LLC | 182 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4197673 | 02/14/2018 | 2/28/2025 | Dissolved |
| CARDIAC CIN OF COLUMBUS, LLC | 183 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4197796 | 02/14/2018 | 2/28/2025 | Dissolved |
| SPINE CIN OF CINCINNATI, LLC | 184 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4208290 | 02/14/2018 | 2/28/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF CINCINNATI, LLC | 185 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4208552 | 02/14/2018 | 2/28/2025 | Dissolved |
| CARDIAC CIN OF CINCINNATI, LLC | 186 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4208407 | 02/14/2018 | 2/28/2025 | Dissolved |
| SPINE CIN OF DENVER, LLC | 187 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4197997 | 02/13/2018 | | |
| JOINT REPLACEMENT CIN OF DENVER, LLC | 188 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4198100 | 02/13/2018 | | Dissolved |
| COORDINATED HEALTH OF CO, LLC | 189 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4198196 | 02/13/2018 | | Dissolved |
| SPINE CIN OF INDIANAPOLIS, LLC | 190 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4140903 | 02/13/2018 | | Dissolved |
| JOINT REPLACEMENT CIN OF INDIANAPOLIS, LLC | 191 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4140676 | 02/13/2018 | 2/28/2025 | Dissolved |
| OPTIMAL HEALTH NETWORK OF INDIANA, LLC | 192 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4156543 | 02/13/2018 | 2/28/2025 | Dissolved |
| SPINE CIN OF JACKSONVILLE, LLC | 193 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3776854 | 12/21/2017 | 2/28/2025 | Dissolved |
| ES OPTIMAL HEALTH NETWORK OF FLORIDA, LLC | 194 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3776961 | 12/21/2017 | 2/28/2025 | Dissolved |
| CARDIAC CIN OF JACKSONVILLE, LLC | 195 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3777033 | 12/21/2017 | | |
| SPINE CIN OF ST. LOUIS, LLC | 196 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4253239 | 02/13/2018 | 3/31/2025 | |
| OPTIMAL HEALTH OF MO, LLC | 197 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4253097 | 02/13/2018 | 3/31/2025 | Dissolved |
| CARDIAC CIN OF ST. LOUIS, LLC | 198 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 36-4888236 | 02/13/2018 | | |
| SPINE CIN OF BATON ROUGE, LLC | 199 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4208725 | 02/16/2018 | | |
| OPTIMAL HEALTH OF LA, LLC | 200 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4209269 | 02/16/2018 | | |
| CARDIAC CIN OF BATON ROUGE, LLC | 201 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4208885 | 02/16/2018 | | Pending |
| JOINT REPLACEMENT CIN OF HUDSON VALLEY MSO, LLC | 202 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 32-0550115 | 02/15/2018 | | |
| JOINT REPLACEMENT CIN OF WEST TENNESSEE MSO, LLC | 203 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3469929 | 02/16/2018 | | Dissolved |
| JOINT REPLACEMENT CIN OF OREGON MSO, LLC | 204 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4484224 | 02/13/2018 | | |
| JOINT REPLACEMENT CIN OF KANSAS CITY MSO, LLC | 205 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-0846468 | 02/13/2018 | 3/31/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF LAS VEGAS MSO, LLC | 206 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2617764 | 02/13/2018 | | Dissolved |
| SPINE CIN OF OREGON MSO, LLC | 207 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2616444 | 02/13/2018 | | |
| JOINT REPLACEMENT CIN OF JACKSON MSO, LLC | 208 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4518402 | 02/22/2018 | | Dissolved |
| CARDIAC CIN OF MOBILE MSO, LLC | 209 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2616579 | 02/13/2018 | | |
| CARE OF SC MSO, LLC | 210 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 32-0595414 | 03/15/2019 | | Pending |
| JOINT REPLACEMENT CIN OF OMAHA MSO, LLC | 211 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4285467 | 02/16/2018 | 2/21/2025 | Dissolved |
| CARE OF CA MSO, LLC | 212 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2661377 | 05/07/2019 | | Terminated |
| CARE OF FL MSO, LLC | 213 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2654887 | 03/12/2019 | | |
| CARE OF PA MSO, LLC | 214 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3036729 | 01/22/2020 | | Dissolved |
| CARE OF TN MSO, LLC | 215 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1195109 | 03/21/2019 | | |
| JOINT REPLACEMENT CIN OF MOBILE MSO, LLC | 216 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 38-4058832 | 02/13/2018 | 10/27/2025 | Dissolved |
| CARE OF AZ MSO, LLC | 217 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2661234 | 03/14/2019 | 2/28/2025 | Terminated |
| CARDIAC CIN OF NORTHERN CALIFORNIA MSO, LLC | 218 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3357146 | 11/14/2017 | | Terminated |

Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| SPINE CIN OF NORTHERN CALIFORNIA MSO, LLC | 219 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3327381 | 11/14/2017 | | |
| U CARE OF FL MSO, LLC | 220 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 35-2656134 | 03/14/2019 | 2/28/2025 | Dissolved |
| CARDIAC CIN OF BATON ROUGE MSO, LLC | 221 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1032245 | 02/16/2018 | | Pending |
| CARDIAC CIN OF LOUISIANA MSO, LLC | 222 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3225533 | 10/27/2017 | | Pending |
| SPINE CIN OF LOUISIANA MSO, LLC | 223 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-2727972 | 09/12/2017 | | Pending |
| CARDIAC CIN OF KANSAS CITY MSO, LLC | 224 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3009488 | 02/13/2018 | 3/31/2025 | Dissolved |
| CARDIAC CIN OF ST. LOUIS MSO, LLC | 225 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4425493 | 02/13/2018 | 3/31/2025 | |
| SPINE CIN OF KANSAS CITY MSO, LLC | 226 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3009401 | 02/13/2018 | 3/31/2025 | Dissolved |
| SPINE CIN OF ST. LOUIS MSO, LLC | 227 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3009045 | 02/13/2018 | 3/31/2025 | |
| CARDIAC CIN OF CHARLOTTE MSO, LLC | 228 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1025165 | 02/22/2018 | 3/31/2025 | Dissolved |
| SPINE CIN OF CHARLOTTE MSO, LLC | 229 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 61-1865470 | 02/22/2018 | 3/31/2025 | Dissolved |
| SPINE CIN OF OMAHA MSO, LLC | 230 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3020269 | 02/16/2018 | | Inactive |
| CARDIAC CIN OF HUDSON VALLEY MSO, LLC | 231 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 30-1015414 | 02/15/2018 | | Suspended |
| SPINE CIN OF HUDSON VALLEY MSO, LLC | 232 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 61-1863073 | 02/15/2018 | | Suspended |
| CARDIAC CIN OF CINCINNATI MSO, LLC | 233 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3009249 | 02/14/2018 | 2/28/2025 | Dissolved |
| CARDIAC CIN OF OREGON MSO, LLC | 234 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 32-0553916 | 02/13/2018 | | |
| CARDIAC CIN OF WEST TENNESSEE MSO, LLC | 235 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3485747 | 02/16/2018 | | Dissolved |
| SPINE CIN OF WEST TENNESSEE MSO, LLC | 236 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3432609 | 02/16/2018 | | Dissolved |
| CARDIAC CIN OF NORTH TEXAS MSO, LLC | 237 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3211490 | 10/26/2017 | | Inactive |
| CARE OF VA MSO, LLC | 238 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 32-0599833 | 03/15/2019 | 2/28/2025 | Dissolved |
| SPINE CIN OF MILWAUKEE MSO, LLC | 239 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 84-3020073 | 02/14/2018 | | Pending |
| SELECT HEALTH OF CA III, LLC | 240 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 38-4053612 | 01/05/2018 | | |
| OPTIMAL HEALTH OF CA V, LLC | 241 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3747133 | 01/05/2018 | | Suspended |
| COORDINATED HEALTH OF CA III, LLC | 242 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3747275 | 01/05/2018 | | |
| SELECT HEALTH OF CA, LLC | 243 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3674569 | 01/08/2018 | | Terminated |
| OPTIMAL HEALTH OF CA III, LLC | 244 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3747415 | 01/05/2018 | | |
| COORDINATED HEALTH OF CA, LLC | 245 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3759343 | 01/05/2018 | | Suspended |
| SELECT HEALTH OF CA II, LLC | 246 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3746926 | 01/05/2018 | | Terminated |
| JOINT REPLACEMENT CIN OF SAN DIEGO, LLC | 247 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3759636 | 01/05/2018 | | |
| COORDINATED HEALTH OF CA II, LLC | 248 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3747014 | 01/05/2018 | | |
| SELECT HEALTH OF CA IV, LLC | 249 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3759481 | 01/05/2018 | | Terminated |
| OPTIMAL HEALTH OF CA IV, LLC | 250 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3762503 | 01/05/2018 | | Suspended |
| COORDINATED HEALTH OF CA IV, LLC | 251 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3762433 | 01/05/2018 | | |
| SPINE CIN OF PHOENIX, LLC | 252 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4227569 | 12/21/2017 | 10/27/2025 | |
| JOINT REPLACEMENT CIN OF PHOENIX, LLC | 253 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4024997 | 12/21/2017 | 2/28/2025 | Terminated |
| COORDINATED HEALTH OF AZ, LLC | 254 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4227700 | 12/21/2017 | 2/28/2025 | Terminated |
| SPINE CIN OF TUCSON, LLC | 255 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4072958 | 12/21/2017 | 2/28/2025 | Terminated |
| JOINT REPLACEMENT CIN OF TUCSON, LLC | 256 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4227824 | 12/21/2017 | 2/28/2025 | Terminated |
| CARDIAC CIN OF TUCSON, LLC | 257 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4097171 | 01/05/2018 | 2/28/2025 | Terminated |

Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| SPINE CIN OF NAPLES, LLC | 258 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4177150 | 12/21/2017 | 2/28/2025 | Inactive |
| JOINT REPLACEMENT CIN OF NAPLES, LLC | 259 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4197261 | 12/21/2017 | 2/28/2025 | Dissolved |
| CARDIAC CIN OF NAPLES, LLC | 260 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4197109 | 12/21/2017 | | |
| SPINE CIN OF WEST PALM, LLC | 261 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3859076 | 12/21/2017 | | |
| JOINT REPLACEMENT CIN OF WEST PALM, LLC | 262 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3859200 | 12/21/2017 | | |
| CARDIAC CIN OF WEST PALM, LLC | 263 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3859601 | 12/21/2017 | | |
| SPINE CIN OF HUDSON VALLEY, LLC | 264 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3862266 | 12/27/2017 | | Suspended |
| JOINT REPLACEMENT CIN OF HUDSON VALLEY, LLC | 265 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3860918 | 12/27/2017 | | |
| COORDINATED HEALTH OF NY, LLC | 266 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3860705 | 12/27/2017 | | |
| SPINE CIN OF WEST TENNESSEE, LLC | 267 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3432811 | 01/11/2018 | | |
| JOINT REPLACEMENT CIN OF WEST TENNESSEE, LLC | 268 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-3470008 | 01/11/2018 | | |
| SPINE CIN OF NORTHERN VIRGINIA, LLC | 269 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4227998 | 12/27/2017 | | Inactive |
| SPINE CIN OF OREGON, LLC | 270 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4228179 | 02/14/2018 | 3/31/2025 | |
| JOINT REPLACEMENT CIN OF OREGON, LLC | 271 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4228310 | 02/14/2018 | 3/31/2025 | |
| CARDIAC CIN OF OREGON, LLC | 272 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4228418 | 02/14/2018 | 3/31/2025 | |
| SPINE CIN OF KANSAS CITY, LLC | 273 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4253448 | 02/13/2018 | | |
| JOINT REPLACEMENT CIN OF KANSAS CITY, LLC | 274 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4253562 | 02/13/2018 | | |
| CARDIAC CIN OF KANSAS CITY, LLC | 275 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4253646 | 02/13/2018 | 3/31/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF JACKSON, LLC | 276 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4529972 | 02/23/2018 | | |
| SELECT HEALTH OF AL, LLC | 277 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4264230 | 02/16/2018 | 10/27/2025 | Dissolved |
| JOINT REPLACEMENT CIN OF MOBILE, LLC | 278 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4264366 | 02/16/2018 | | |
| CARDIAC CIN OF MOBILE, LLC | 279 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4264524 | 02/16/2018 | | |
| SELECT HEALTH OF SC, LLC | 280 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4646373 | 03/08/2018 | | Pending |
| JOINT REPLACEMENT CIN OF SOUTH CAROLINA, LLC | 281 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4645938 | 03/08/2018 | | |
| CARDIAC CIN OF SOUTH CAROLINA, LLC | 282 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4646235 | 03/08/2018 | | |
| SPINE CIN OF MILWAUKEE, LLC | 283 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4079950 | 02/14/2018 | 2/21/2025 | |
| SPINE CIN OF OMAHA, LLC | 284 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4265118 | 02/16/2018 | | |
| JOINT REPLACEMENT CIN OF OMAHA, LLC | 285 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4265244 | 02/16/2018 | 2/21/2025 | Dissolved |
| OCA CARE OF CA, LLC | 286 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4226279 | 03/29/2019 | | |
| OCA CARE OF CA II, LLC | 287 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4226157 | 03/29/2019 | | |
| SCA CARE OF CA, LLC | 288 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4226501 | 03/29/2019 | | |
| OFL CARE OF FL, LLC | 289 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4145759 | 03/12/2019 | 2/28/2025 | Dissolved |
| OFL CARE OF FL II, LLC | 290 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4144285 | 03/12/2019 | | |
| CFL CARE OF FL II, LLC | 291 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4144410 | 03/12/2019 | | |
| SFL CARE OF FL II, LLC | 292 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4143979 | 03/12/2019 | | |
| OLA CARE OF LA, LLC | 293 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277562 | 03/19/2019 | | Pending |
| OLA CARE OF LA II, LLC | 294 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277471 | 03/19/2019 | | |
| SLA CARE OF LA, LLC | 295 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277730 | 03/19/2019 | | Dissolved |
| SNV CARE OF NV, LLC | 296 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4145264 | 03/21/2019 | | |

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| OPA CARE OF PENN, LLC | 297 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4322016 | 01/22/2020 | | Dissolved |
| OPA CARE OF PENN II, LLC | 298 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4321904 | 01/31/2020 | | |
| STN CARE OF TN, LLC | 299 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4321407 | 03/21/2019 | | |
| STN CARE OF TN II, LLC | 300 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4321310 | 03/21/2019 | | |
| OTX CARE OF TX, LLC | 301 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4176699 | 03/19/2019 | | |
| STX CARE OF TX II, LLC | 302 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4177261 | 03/21/2019 | | |
| CLINICALLY INTEGRATED MANAGEMENT, LLC | 303 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 82-4550121 | 02/27/2018 | | |
| OTX CARE OF TX III, LLC | 304 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220023 | 03/21/2019 | | Inactive |
| CTX CARE OF TX III, LLC | 305 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4219344 | 03/21/2019 | | Inactive |
| OFL CARE OF FL IV, LLC | 306 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4143274 | 03/12/2019 | | |
| CAL CARE OF AL II, LLC | 307 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4168046 | 03/18/2019 | 10/27/2025 | |
| CAL CARE OF AL, LLC | 308 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4097622 | 03/18/2019 | | |
| CFL CARE OF FL, LLC | 309 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4144100 | 03/12/2019 | 2/28/2025 | Dissolved |
| OFL CARE OF FL III, LLC | 310 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4143776 | 03/12/2019 | 2/28/2025 | Dissolved |
| CFL CARE OF FL III, LLC | 311 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4143874 | 03/12/2019 | | |
| CNE CARE OF NE, LLC | 312 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4256543 | 03/25/2019 | 2/21/2025 | Dissolved |
| CNY CARE OF NY, LLC | 313 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4099447 | 03/22/2019 | | |
| COH CARE OF OH III, LLC | 314 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4290365 | 03/22/2019 | 2/28/2025 | Dissolved |
| CTX CARE OF TX II, LLC | 315 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4176936 | 03/21/2019 | | |
| CTX CARE OF TX IV, LLC | 316 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4219499 | 03/21/2019 | | |
| OAL CARE OF AL II, LLC | 317 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4173848 | 03/18/2019 | 10/27/2025 | |
| OAL CARE OF AL, LLC | 318 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4124631 | 03/18/2019 | | |
| OLA CARE OF LA III, LLC | 319 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277523 | 03/27/2019 | | Pending |
| ONE CARE OF NE, LLC | 320 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4256639 | 03/25/2019 | 2/21/2025 | Inactive |
| ONY CARE OF NY II, LLC | 321 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4174006 | 03/22/2019 | | |
| ONY CARE OF NY, LLC | 322 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4125039 | 03/22/2019 | | |
| CCA CARE OF CA II, LLC | 323 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4225862 | 03/29/2019 | | |
| SCA CARE OF CA II, LLC | 324 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4226388 | 03/29/2019 | | |
| OTN CARE OF TN, LLC | 325 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4321212 | 03/21/2019 | | |
| SAL CARE OF AL II, LLC | 326 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4194770 | 03/18/2019 | 2/21/2025 | Dissolved |
| SAL CARE OF AL, LLC | 327 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4144508 | 03/18/2019 | | |
| SLA CARE OF LA III, LLC | 328 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277662 | 03/19/2019 | | Pending |
| SNY CARE OF NY II, LLC | 329 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4288912 | 03/22/2019 | | |
| SNY CARE OF NY III, LLC | 330 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4289018 | 03/22/2019 | | Suspended |
| SNY CARE OF NY, LLC | 331 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4145169 | 03/22/2019 | | |
| SOH CARE OF OH III, LLC | 332 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4320564 | 03/22/2019 | | |
| SOR CARE OF OR, LLC | 333 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4304058 | 03/21/2019 | 3/31/2025 | |
| STX CARE OF TX IV, LLC | 334 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220719 | 03/21/2019 | | |
| STX CARE OF TX III, LLC | 335 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220613 | 03/21/2019 | | Inactive |

Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| SLA CARE OF LA II, LLC | 336 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277614 | 03/19/2019 | | Pending |
| SNE CARE OF NE, LLC | 337 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4256711 | 03/25/2019 | | Inactive |
| ONY CARE OF NY III, LLC | 338 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4195276 | 03/22/2019 | | Suspended |
| ONY CARE OF NY IV, LLC | 339 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4225921 | 03/22/2019 | | |
| SPINE CIN OF MOBILE MSO, LLC | 340 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 36-4884076 | 02/13/2018 | | |
| U CARE OF GA MSO, LLC | 341 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 32-0599510 | 03/14/2019 | 3/31/2025 | Terminated |
| CARE OF KS MSO, LLC | 342 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 37-1940715 | 03/21/2019 | | Pending |
| CKS CARE OF KS, LLC | 343 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4174403 | 03/21/2019 | | |
| CLA CARE OF LA II, LLC | 344 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4276346 | 03/19/2019 | | |
| CLA CARE OF LA III, LLC | 345 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4277315 | 03/19/2019 | | |
| CLA CARE OF LA, LLC | 346 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4183439 | 03/19/2019 | 10/27/2025 | |
| CNV CARE OF NV, LLC | 347 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4098486 | 03/21/2019 | | Dissolved |
| CNY CARE OF NY II, LLC | 348 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4168181 | 03/22/2019 | | |
| COH CARE OF OH, LLC | 349 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4290454 | 03/22/2019 | 1/31/2025 | Dissolved |
| OOH CARE OF OH II, LLC | 350 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4301849 | 03/22/2019 | | |
| COH CARE OF OH II, LLC | 351 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4290268 | 03/22/2019 | 2/28/2025 | Dissolved |
| COR CARE OF OR, LLC | 352 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4290573 | 03/20/2019 | | |
| CPA CARE OF PENN II, LLC | 353 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4305479 | 01/22/2020 | | Dissolved |
| CPA CARE OF PENN, LLC | 354 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4321781 | 01/22/2020 | | |
| CTN CARE OF TN II, LLC | 355 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4320989 | 03/21/2019 | 1/31/2025 | Inactive |
| CTN CARE OF TN, LLC | 356 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4125239 | 03/21/2019 | | |
| CVA CARE OF VA, LLC | 357 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4252158 | 03/19/2019 | | |
| OGA CARE OF GA II, LLC | 358 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4230256 | 03/21/2019 | 3/31/2025 | Dissolved |
| ONV CARE OF NV II, LLC | 359 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4174084 | 03/21/2019 | | Dissolved |
| OOH CARE OF OH III, LLC | 360 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4303678 | 03/22/2019 | 2/28/2025 | Dissolved |
| OOH CARE OF OH, LLC | 361 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4303778 | 03/22/2019 | | |
| OTN CARE OF TN II, LLC | 362 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4321108 | 03/21/2019 | | |
| OGA CARE OF GA, LLC | 363 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4244716 | 03/21/2019 | 3/31/2025 | Dissolved |
| SGA CARE OF GA, LLC | 364 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4245032 | 03/21/2019 | | |
| SKS CARE OF KS, LLC | 365 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4175319 | 03/21/2019 | | |
| SOH CARE OF OH II, LLC | 366 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4320444 | 03/22/2019 | | |
| SOH CARE OF OH, LLC | 367 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4320678 | 03/22/2019 | 2/28/2025 | Dissolved |
| STX CARE OF TX V, LLC | 368 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220824 | 03/21/2019 | | Inactive |
| SFL CARE OF FL IV, LLC | 369 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4143024 | 03/12/2019 | 2/28/2025 | Dissolved |
| SFL CARE OF FL, LLC | 370 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4144556 | 03/12/2019 | | |
| CGA CARE OF GA, LLC | 371 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4230175 | 03/21/2019 | | |
| OKS CARE OF KS, LLC | 372 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4174504 | 03/21/2019 | | Pending |
| ONV CARE OF NV, LLC | 373 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4125142 | 03/21/2019 | | |
| OOR CARE OF OR, LLC | 374 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4290708 | 03/20/2019 | 3/31/2025 | |

**Statement of Financial Affairs #25 | Ownership, partnership, membership or control of business (6 years)**

| Entity Name | Address | Nature | EIN | From | To | Dissolution Status |
|---|---|---|---|---|---|---|
| CTX CARE OF TX V, LLC | 375 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4219760 | 03/21/2019 | | Inactive |
| CTX CARE OF TX VI, LLC | 376 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4219881 | 03/21/2019 | | Inactive |
| CTX CARE OF TX, LLC | 377 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4175868 | 03/19/2019 | | |
| OTX CARE OF TX II, LLC | 378 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4177163 | 03/21/2019 | | |
| OTX CARE OF TX IV, LLC | 379 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220258 | 03/21/2019 | | |
| OTX CARE OF TX V, LLC | 380 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220384 | 03/21/2019 | | |
| OTX CARE OF TX VI, LLC | 381 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220490 | 03/21/2019 | | Inactive |
| STX CARE OF TX VI, LLC | 382 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4220934 | 03/21/2019 | | Inactive |
| STX CARE OF TX, LLC | 383 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4176825 | 03/19/2019 | | |
| OVA CARE OF VA, LLC | 384 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4252246 | 03/19/2019 | 2/28/2025 | Dissolved |
| SVA CARE OF VA, LLC | 385 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4252331 | 03/19/2019 | 2/28/2025 | |
| SFL CARE OF FL III, LLC | 386 Woodmont Blvd, Suite 300 Nashville, TN 37205 | CMS Bundled Payments | 83-4143646 | 03/12/2019 | 2/28/2025 | Dissolved |

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Episode Solutions, LLC**            Case No. **25-04373**

                Debtor(s)          Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept | $ 66,384.95 |
   | Prior to the filing of this statement I have received | $ 66,384.95 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Exemption planning.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 3, 2025**
*Date*

**/s/ Tyler N. Layne**
**Tyler N. Layne 033401**
*Signature of Attorney*
**Holland & Knight LLP**
**511 Union St**
**Suite 2700**
**Nashville, TN 37219**
**615-244-6380  Fax: 615-244-6804**
**tyler.layne@hklaw.com**
*Name of law firm*

---