# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case No.:** 25-04373

**Case Name:** EPISODE SOLUTIONS, LLC

**For Period Ending:** 03/31/2026

**Trustee Name:** (620540) Erica R. Johnson, Trustee

**Date Filed (f) or Converted (c):** 10/20/2025 (f)

**§ 341(a) Meeting Date:** 11/10/2025

**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | petty cash Account at Pinnacle Bank, xxxxxx5150 | 416.00 | 0.00 | | 0.00 | FA |
| 2 | petty cash Account at Pinnacle Bank, xxxxxx9354 | 1,212.00 | 0.00 | | 0.00 | FA |
| 3 | Mutual Funds or Publicly Traded Stocks<br>See Statement of Financial Affairs, Part 13, #25 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Possible Claims Regarding Pre-Petition Transfers (u)<br><br>Summary as of 04.30.26: Trustee has been approached by various attorneys representing creditors in the case about representing the estate in cause(s) of action regarding pre-petition transfers, including, but not limited to, the final transfer of all assets via foreclosure sale. The attorneys have requested time to investigate the possible action(s) before sending the Trustee proposed employment terms.<br><br>12/02/25 - Telephone conference with creditors' attorneys regarding possible actions and representing the estate. Attorneys are going to investigate the possible value and then provide the Trustee with proposed employment terms.<br><br>04/30/26 - Status Update for Annual Reports for Period Ending March 31, 2026: Trustee to set up a second conference call to determine the latest on the investigation and determine what is needed to proceed. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..." | 0.00 | 1.00 | | 0.00 | 1.00 |
| **4** | **Assets Totals (Excluding unknown values)** | **$1,628.00** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

11/11/25 - Post 341 To Do: Investigate if any avoidable transfers and/or causes of action relating to pre-petition transactions. Trustee has reached out to a local litigation attorney to see if interested in representing the estate.

11/26/25 - Received response from local attorney that cannot take on the case due to time and resources. Trustee to set up call with creditors' attorneys regarding the same.

04/30/26 - Status Update for Annual Reports for Period Ending March 31, 2026: Finalize review to determine if any possible causes of action.

**Initial Projected Date Of Final Report (TFR):** 03/31/2028

**Current Projected Date Of Final Report (TFR):** 03/31/2028